# United States District Court

Eastern District of Wisconsin

DAVID DREXLER,

        Plaintiff,

    v.

LANGLADE COUNTY SHERIFF'S
DEPARTMENT, and JOHN MICHAEL SCHUNKE,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 05-C-1051

[X]    Decision by Court. This action came for consideration before the Court.

    IT IS ORDERED AND ADJUDGED
    that this action be and hereby is DISMISSED with prejudice.

        Jon W. Sanfilippo, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN

Date: January 30, 2007         (By) s/C. Quinn, Deputy Clerk

        Approved this 30th day of January, 2007.

        AARON E. GOODSTEIN
        United States Magistrate Judge